Rio Grande Games, Inc.
        Plaintiff,

v.                 Case No.: 1:17–cv–07099
                 Honorable Jorge L. Alonso

Toys4Less, LLC, et al.
        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 4, 2017:

  MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. Plaintiff's ex parte motion for temporary restraining order, a temporary asset restraint, and order expediting discovery [8] is granted. Enter Ex Parte Temporary Restraining Order, Order to Show Cause for Preliminary Injunction, Temporary Asset Restraint, and Order Expediting Discovery. Status hearing set for 10/18/17 at 9:30 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.